

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2023

Nos. 04-19-00714-CV, 04-19-00715-CV, 04-19-00716-CV

Todd A. **DURDEN**,
Appellant

v.

James T. "Tully" **SHAHAN**, in his Official Capacity as County Judge; Mark Frerich, in his Official Capacity as County Commissioner; Joe Montalvo, in his Official Capacity as County Commissioner; Dennis Dodson, in his Official Capacity as County Commissioner; Tim Ward, in his Official Capacity as County Commissioner; Kinney County Commissioners Court; Kinney County; and Rick Alvarado, in his Official Capacity as District and County Clerk of Kinney, Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court Nos. 4845, 4863, 4866
Honorable Sid L. Harle, Judge Presiding

## O R D E R

On December 30, 2022, the Supreme Court of Texas issued its opinion and judgment in its cause number 21-1003.

The Court affirmed in part this court's May 12, 2021 judgments: it finally disposed of the questions of lack of authority to file the underlying suits on the State's behalf.

The Court reversed the portions of our judgments pertaining to Durden's issues regarding sanctions. It remanded the causes to this court for further proceedings consistent with its opinion.

Accordingly, we conclude that Todd A. Durden, in his individual capacity, is now the sole appellant in the respective appeals, and the only remaining issues are those pertaining to the court-ordered sanctions.

Given these changes in parties and issues, updated briefing will benefit the parties and aid this court's decisional process. We ORDER the parties to file amended briefs.

Appellant's amended brief is due within THIRTY DAYS of the date of this order. Appellant's brief must comply with Rule 38.1, *see* TEX. R. APP. P. 38.1, and Local Rule 8, *see*

4TH TEX. APP. (SAN ANTONIO) LOC. R. 8 cmt. ("The Court interprets the term 'amended brief' to mean a brief that completely replaces the original brief.").

Appellees' amended brief will be due THIRTY DAYS after Appellants' amended brief is filed. Appellees' brief must also comply with Rule 38.2 and Local Rule 8. *See* TEX. R. APP. P. 38.2; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 8.

It is so **ORDERED** January 18, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court